# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-75-MOC

| | |
|---|---|
| BRIAN GREEN, | )
|     Plaintiff, | ) |
| vs. | ) |
| WELLS FARGO BANK, ET. AL, | )    **ORDER** |
|     Defendant. | ) |

Plaintiff's Motion for Reconsideration (Doc. No. 5), of the Court's previous denial of Plaintiff's application to proceed in forma pauperis.

For good cause shown, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration is **GRANTED**, and Plaintiff is entitled to proceed in forma pauperis.

The Clerk of Court shall instruct the United States Marshal to serve process upon Defendants using the summons forms filed by Plaintiff and attached to the Complaint in this action.

Signed: May 6, 2019

Max O. Cogburn Jr.
United States District Judge