# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Brian Green | **COURT CASE NUMBER** 3:19cv75 |
| **DEFENDANT** Wells Fargo Bank, N.A. et al | **TYPE OF PROCESS** Civil Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank, N.A., Registered Agent
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brian Green
113 Indian Trail Rd N Ste 280
Indian Trail, NC 28079

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 5/7/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 58
District to Serve No. 58
Signature of Authorized USMS Deputy or Clerk
Date: 5/8/2019

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 5/21/2019   Time: 1315   ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | |

REMARKS: 5/8/2019: RECEIVED & ENTERED. MAILED CERTIFIED RR REQUESTED. POSTAL # 7004 0550 0001 5408 9185.
5/21/2019- RR INDICATES DOS AS 5/13/2019. CLOSED, 285 RETURNED.

FILED
CHARLOTTE, NC
MAY 21 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bank N.A.
2626 Glenwood Ave,
Raleigh, NC 27608

CHARLOTTE NC
MAY 25 2019

Clerk, US District Court
Western District of NC

9590 9402 3180 7166 0235 33

2. Article Number (Transfer from service label)

7004 0550 0001 5408 9185

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt