# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Brian Green, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00075-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Brock & Scott, PLLC | ) | |
| Wells Fargo Bank, N.A. | | |
| | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2019 Order.

August 12, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court