UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Brian Green,<br><br>      Plaintiff,<br><br>v.<br><br>Brock & Scott, PLLC; K. Saanval Amin,<br><br>      Defendants. | CASE NO. 3:19-CV-00075-KDB |

## DEFENDANTS BROCK & SCOTT, PLLC AND
## K. SAANVAL AMIN'S MOTION TO RECONSIDER

**NOW COME** Defendants Brock & Scott, PLLC and K Saanval Amin ("Defendants"), by and through their undersigned counsel, and pursuant to Rules 59(e) and 60(b)(1), (4) & (6) of the Federal Rules of Civil Procedure, move this Court for an Order to reconsider its Order denying in part Defendants' Motion to Strike and/or Motion to Dismiss Plaintiff Brian Green's Second Amended Complaint filed by on March 2, 2020.

**WHEREFORE**, for the foregoing reasons and the reasons sets forth in Defendants' Memorandum of Law filed contemporaneously herewith, as well Defendants' Third Motion to Dismiss and Memorandum of Law in support thereof, which are incorporated herein by reference, Defendants respectfully pray that the Court reconsider its Order denying in part Defendants' Motion to Strike and/or Motion to Dismiss the Second Amended Complaint; and for such further relief as this Court deems just and proper.

Respectfully submitted this 3rd day of July, 2020.

            /s/ Alan M. Presel
            Alan M. Presel, NC Bar #24470
            BROCK & SCOTT, PLLC
            8757 Red Oak Blvd., Suite 150
            Charlotte, NC 28217
            Telephone: 704-643-0290
            Facsimile: 704-553-7225
            Alan.Presel@brockandscott.com
            *Attorneys for Defendants Brock & Scott, PLLC and*
            *K. Saanval Amin*

19-07676 CXLIT01

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Brian Green,<br><br>                             Plaintiff,<br><br>v.<br><br>Brock & Scott, PLLC; K. Saanval Amin,<br><br>                            Defendants. | CASE NO. 3:19-CV-00075-KDB |

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned has electronically filed the foregoing **Motion to Reconsider** with the Clerk of Court using the CM/ECF system. This is to further certify that on this date the undersigned has served, or caused to be served, the foregoing upon *pro se* Plaintiff by placing a copy of the same in a postage paid envelope addressed to the person hereafter named, return address clearly indicated, to the place and address stated below, which is the last known address, and by depositing said envelope in the U.S. Mail:

        Brian Green
        113 Indian Trial Road North, Suite 280
        Indian Trial, NC 28079
        *Pro Se* Plaintiff

Respectfully submitted this 3rd day of July, 2020.

        /s/ Alan M. Presel
        Alan M. Presel, NC Bar #24470
        BROCK & SCOTT, PLLC
        8757 Red Oak Blvd., Suite 150
        Charlotte, NC 28217
        Telephone: 704-643-0290
        Facsimile: 704-553-7225
        Alan.Presel@brockandscott.com
        *Attorneys for Defendants Brock & Scott, PLLC and K. Saanval Amin*

19-07676 CXLIT01