UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Brian Green,<br><br>    Plaintiff,<br><br>v.<br><br>Brock & Scott, PLLC; K. Saanval Amin,<br><br>    Defendants. | CASE NO. 3:19-CV-00075-KDB |

## DEFENDANTS BROCK & SCOTT, PLLC AND
## K. SAANVAL AMIN'S THIRD MOTION TO DISMISS

**NOW COME** Defendants Brock & Scott, PLLC and K Saanval Amin ("Defendants"), by and through their undersigned counsel, and pursuant to Rule 8(a)(2) & (3) and Rule 12(b)(1) & (6) of the Federal Rules of Civil Procedure, move this Court for an Order to dismiss with prejudice Plaintiff Brian Green's Second Amended Complaint filed on March 2, 2020.

**WHEREFORE**, for the foregoing reasons and the reasons sets forth in Defendants' Memorandum of Law filed contemporaneously herewith, which is incorporated herein by reference, Defendants respectfully pray that the Court dismiss with prejudice the Second Amended Complaint and for such further relief as this Court deems just and proper.

Respectfully submitted this 3rd day of July, 2019.

            /s/ Alan M. Presel
            Alan M. Presel, NC Bar #24470
            BROCK & SCOTT, PLLC
            8757 Red Oak Blvd., Suite 150
            Charlotte, NC 28217
            Telephone: 704-643-0290
            Facsimile: 704-553-7225
            Alan.Presel@brockandscott.com
            *Attorneys for Defendants Brock & Scott, PLLC*
            *and K. Saanval Amin*

19-07676 CXLIT01

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Brian Green,<br><br>                Plaintiff,<br><br>v.<br><br>Brock & Scott, PLLC; K. Saanval Amin,<br><br>                Defendants. | CASE NO. 3:19-CV-00075-KDB |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date the undersigned has electronically filed the foregoing **Third Motion to Dismiss** with the Clerk of Court using the CM/ECF system. This is to further certify that on this date the undersigned has served, or caused to be served, the foregoing upon *pro se* Plaintiff by placing a copy of the same in a postage paid envelope addressed to the person hereafter named, return address clearly indicated, to the place and address stated below, which is the last known address, and by depositing said envelope in the U.S. Mail:

        Brian Green
        113 Indian Trail Road North, Suite 280
        Indian Trial, NC 28079
        *Pro Se* Plaintiff

Respectfully submitted this 3rd day of July, 2020.

        /s/ Alan M. Presel
        Alan M. Presel, NC Bar #24470
        BROCK & SCOTT, PLLC
        8757 Red Oak Blvd., Suite 150
        Charlotte, NC 28217
        Telephone: 704-643-0290
        Facsimile: 704-553-7225
        Alan.Presel@brockandscott.com
        *Attorneys for Defendants Brock & Scott, PLLC and K. Saanval Amin*

19-07676 CXLIT01