# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00075-KDB

**BRIAN GREEN,**

    **Plaintiff,**

v.

**BROCK & SCOTT, PLLC, and K SAANVAL AMIN,**

    **Defendants.**

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's *pro se* Motion for Extension of Time to respond to recent filings made by Defendants. (Doc. No. 49).

On July 3, 2020, Defendants filed a Motion for Reconsideration (Doc. No. 44) and a Third Motion to Dismiss (Doc. No. 46). Plaintiff's responses are due by July 17, 2020. On July 13, 2020, Plaintiff filed the instant motion for extension of time to file a response to the Motion for Reconsideration and Motion to Dismiss, claiming that he needs extra time to respond since he is proceeding *pro se* and did not receive copies of the motions until July 5, 2020. Plaintiff requests an extra 45 days to respond to the motions.

The Court will not grant Plaintiff a 45-day extension to respond, especially considering that Plaintiff received the motions only two days after they were filed. The Court, however, will grant Plaintiff a 21-day extension to respond to the pending motions.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time, (Doc. No. 49), is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff will have up to and including August 7, 2020 to file a response to Defendants' Motion for Reconsideration (Doc. No. 44) and Third Motion to Dismiss (Doc. No. 46).

**SO ORDERED.**

Signed: July 15, 2020

*Kenneth D. Bell*
United States District Judge