# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Brian Green, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:19-cv-00075-KDB |
| vs. | |
| K Saanval Amin and Brock & Scott, PLLC | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2020 Order.

September 21, 2020

Frank G. Johns, Clerk
United States District Court